169 So.2d 60

**Alf CRUMB and Viney Crumb**

v.

**CONTINENTAL CASUALTY COMPANY OF CHICAGO, ILLINOIS, Halliburton Company, and Meredith S. Hailey.**

No. 47087.

Nov. 9, 1964.

Rehearing Denied Dec. 14, 1964.

McHenry, Snellings, Breard, Sartor & Shafto, Kent Breard, Monroe, for defendants-applicants.

Roy S. Halcomb, Ferriday, for plaintiffs-respondents.

HAMLIN, Justice.

This is a companion case to Jones v. Continental Casualty Company of Chicago, Illinois, 246 La. 921, 169 So.2d 50.

For the reasons assigned in the latter case, the judgment of the Court of Appeal, Third Circuit, 159 So.2d 11, is reversed and set aside; the suit of plaintiffs is dismissed at their costs.